**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **JOSH ALLEN CLARY,** | |
| Plaintiff, | |
| v. | Civil Action No. 7:12-CV-44 (HL) |
| **JOE HASTINGS, LT. LARRY BYRD, and CAPTAIN JULIUS COX,** | |
| Defendants. | |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 10), entered on April 25, 2012. Judge Langstaff recommends that Defendants Byrd and Cox be dismissed from the case, and that the case proceed against Defendant Hastings. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. Defendants Byrd and Cox are dismissed as party-defendants. The case will move forward against Defendant Hastings.

**SO ORDERED**, this the 17th day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh