IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSH ALLEN CLARY,<br><br>    Plaintiff,<br><br>v.<br><br>JOE HASTY,<br><br>    Defendant. | Civil Action No. 7:12-CV-44 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 33) in which he recommends that Defendant's Motion for Summary Judgment (Doc. 20) be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendant's Motion for Summary Judgment is granted.

**SO ORDERED**, this the 5th day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh